
**MEISTER SEELIG & FEIN LLP**

**MEMO ENDORSED**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/27/12

2 Grand Central Tower
140 East 45th Street, 19th Floor
New York, NY 10017
Telephone (212) 655-3500
Facsimile (212) 655-3535
www.meisterseelig.com

Howard Davis
*Attorney at Law*
Direct (212) 655-3585
Fax (646) 539-3684
*hd@msf-law.com*

April 27, 2012

***By Facsimile***
The Honorable Kimba M. Wood
United States District Court for the Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

     Re:    ***In re: Penthouse Executive Club Compensation Litigation***
             **Master File No. 10 Civ. 1145** *(KMW)*

Dear Judge Wood:

We represent defendants The Executive Club LLC, The Penthouse Club Inc., and Mark Yackow (collectively, "Defendants") in the above-referenced action. We write on behalf of Defendants and defendant Robert Gans to request a short extension of time to respond to Plaintiffs' Answer to Counterclaims and Counter-Counterclaims [sic] in both *Carattini v. The Exec. Club LLC*, Case No. 09-Civ.-10572 (KMW) (S.D.N.Y.) (ECF 22) and *Liwanag v. The Exec. Club LLC*, Case No. 10-Civ.-1145 (KMW) (S.D.N.Y.) (ECF 86) (collectively, the "Action"), consolidated under the referenced master file number.

Defendants request an extension of two weeks, from May 1, 2012 to May 15, 2012, to respond to Plaintiffs' counter-counterclaims. This is Defendants' first request for extension of this deadline. Plaintiffs have consented to this request.

Respectfully submitted,

Howard Davis

SO ORDERED, N.Y., N.Y.  4/27/12

**KIMBA M. WOOD**
**U.S.D.J.**

cc:    Justin Swartz, Esq. (by email)
       Elizabeth Wagoner, Esq. (by email)
       Amber Trzinski, Esq. (by email)

NEW JERSEY
2G Auer Court
Williamsburg Commons
East Brunswick, NJ 08816
Telephone (732) 732-0073
Facsimile (732) 432-4282

CALIFORNIA
Chassman & Seelig LLP
120 Broadway, Suite 300
Santa Monica, CA 90401
Telephone (310) 576-2238
Facsimile (310) 576-2551

MASSACHUSETTS
60 State Street
Suite 700
Boston, MA 02109
Telephone (617) 371-2979
Facsimile (617) 371-2981

CONNECTICUT
Canterbury Green
201 Broad Street, Suite 460
Stamford, CT 06901
Telephone (203) 883-1700
Facsimile (203) 358-4072



MEISTER SEELIG & FEIN LLP

Lloyd Ambinder, Esq. (by email)
LaDonna Lusher, Esq. (by email)
Sienna Baskin, Esq. (by email)
Jeffrey Brown, Esq. (by email)
Jessica Parada, Esq. (by email)
Michael Tompkins, Esq. (by email)
Gregory Rasin, Esq. (by email)
Joshua Alloy, Esq. (by email)
Andrew Rice, Esq. (by email)
Jeffrey A. Kimmel, Esq. (by email)
Racquel C. Weintraub, Esq. (by email)

(4462-002) Doc# 1143