USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
     :
In re PENTHOUSE EXECUTIVE CLUB     :
COMPENSATION LITIGATION     :     ORDER
     :     10 CV 1145 (KMW)
------------------------------------------------------------X

KIMBA M. WOOD, U.S.D.J.:

On September 12, 2012, the Court, having been advised that the parties reached an agreement to settle this case, ordered that this action be dismissed and discontinued without costs, and without prejudice to the right to reopen the action within sixty (60) days if the settlement is not consummated. [Dkt. No. 92.]

Upon request of the parties, the Court hereby extends the time to reopen this action for an additional sixty (60) days.

SO ORDERED.

Dated: New York, New York
      November 13, 2012

                                                  Kimba M. Wood
                                          United States District Judge