USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/13

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Penthouse Executive Club Compensation Litigation | Master File No. 10 Civ. 1145 (KMW) |

**STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO AMEND**

IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED, by and among counsel for the parties herein, and it is hereby ORDERED by the Court, that Plaintiffs may file the First Amended Complaint in the *Liwanag* Action attached hereto as Exhibit 1.

Dated: New York, New York
April 11, 2013

OUTTEN & GOLDEN, LLP

By: _____
Justin M. Swartz
Elizabeth Wagoner
Amber Trzinski
3 Park Avenue, 29th Floor
New York, NY 10016
Tel: (212) 245-1000

URBAN JUSTICE CENTER
SEX WORKERS PROJECT
Gratienne Baskin
123 Williams Street, 16th Floor
New York, NY 10038
Tel: (646) 602-5600

MEISTER SEELIG & FEIN LLP

By: _____
Jeffrey A. Kimmel
James M. Ringer
Racquel C. Weintraub
Howard Davis
Two Grand Central Tower
140 East 45th Street, 19th Fl.
New York, New York 10017
Tel: (212) 655-3500

*Attorneys for Defendants The Executive Club LLC, The Penthouse Club, Inc. and Mark Yackow*

VIRGINIA & AMBINDER, LLP
Lloyd R. Ambinder
LaDonna Lusher
111 Broadway, Suite 1403
New York, New York 10006
Tel: (212) 943-9080

LEEDS BROWN LAW, P.C.
Jeffrey K. Brown
One Old Country Road - Suite 347
Carle Place, NY 11514
Tel: (516) 873-9550

*Attorneys for Plaintiffs*

PROSKAUER ROSE LLP

By: _____
Gregory I. Rasin
Joshua F. Alloy
Eleven Times Square
New York, New York 10036
Tel: (212) 969-3000

*Attorneys for Defendant Robert Gans*

SO ORDERED:    4-29-13

_____
Hon. Kimba M. Wood, U.S.D.J.

2