```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
In re PENTHOUSE EXECUTIVE CLUB      :     10 Civ. 1145 (KMW)
COMPENSATION LITIGATION             :     ORDER
:
:
------------------------------------------------------------X

KIMBA M. WOOD, U.S.D.J.:

Pursuant to Local Civil Rule 1.4, Outten & Golden LLP ("O&G") and the Urban Justice Center Sex Workers Project ("UJC") have requested permission to withdraw as counsel to Plaintiff Leslie Liwanag. The Court has recently granted preliminary approval of a class action settlement in this matter and has appointed O&G and UJC as class counsel. Given that Plaintiff has objected to the class action settlement, the Court finds satisfactory reasons to grant O&G and UJC permission to withdraw as Plaintiff's counsel.

SO ORDERED.

Dated: New York, New York
       April 29, 2013

                                    /s/ Kimba M. Wood
                                    _____
                                    Kimba M. Wood
                                    United States District Judge