**stripper web**

| User Name | Password | | | |
|---|---|---|---|---|
| | | Log in | Help | Join for FREE! |

☐ Remember Me?

| Forum | Blogs | What's New? | Club Reviews |
|---|---|---|---|

FAQ   Calendar   Forum Actions   Quick Links   Forum Rules      Advanced Search

🏠 Forum

> If this is your first visit, be sure to check out the **FAQ** by clicking the link above. You may have to **register** before you can post: click the register link above to proceed. To start viewing messages, select the forum that you want to visit from the selection below.

## Stripper Web Exotic Dancer Community
Welcome to the Stripper Web Exotic Dancer Community.

| Industry Discussions - Female Dancers, Ex-dancers, and Dancers To-Be ONLY | Threads / Posts | Last Post |
|---|---|---|
| For topics about exotic dancing and the industry. For FEMALE exotic dancers, ex-dancer, and dancers to-be ONLY. | | |
| **Stripping (was Stripping General)** (21 Viewing)<br>Have a topic about stripping but it doesn't fit in the other sections below? Then it belongs here! | Threads: 14,038<br>Posts: 264,562 | 📄 Sightseeing While On a Strip... ▶<br>by Stormi Weather<br>Today, 11:21 AM |
| **Newbie Board** (8 Viewing)<br>New to dancing? Please read our articles and FAQ first. If you still have questions, ask the pros here! | Threads: 5,724<br>Posts: 58,491 | 📄 outfit for filling out an... ▶<br>by Stormi Weather<br>Today, 11:14 AM |
| **Club Chat** (13 Viewing)<br>Have a question about a particular club, city, or state? This section is for dancers, keep info relevant. | Threads: 8,846<br>Posts: 82,047 | Hustler NYC ▶<br>by Echox<br>Today, 11:19 AM |
| **Hustle Hut** (6 Viewing)<br>Share or ask for advanced money-making tips! | Threads: 2,679<br>Posts: 49,759 | 📄 Share your money... ▶<br>by Sansonnet<br>Yesterday, 07:14 PM |
| **Camming Connection** (88 Viewing)<br>Our virtual home for "virtual" strippers! Get the ins-and-outs of webcam modeling here. | Threads: 7,041<br>Posts: 141,652 | 📄 Sites you can do urine play? ▶<br>by AliceFun<br>Today, 12:04 PM |
| **Private Party Dancing** (2 Viewing)<br>Have a question or comment that only refers to private shows? This is your home! | Threads: 583<br>Posts: 6,332 | 📄 getting started... ▶<br>by Haydee<br>05-03-2013, 02:33 AM |

| Open Industry Discussions | Threads / Posts | Last Post |
|---|---|---|
| For topics about exotic dancing and the industry open to all members. | | |
| **Industry Insight** (7 Viewing)<br>A forum to discuss the industry, news, clubs, etc. **open to all members**. Please keep all posts industry relevant. | Threads: 726<br>Posts: 14,992 | 📄 Sex Superbug Could Be 'Worse... ▶<br>by Tsepmet1<br>Today, 10:52 AM |
| **Customer Conversation** (11 Viewing)<br>Customers ask dancers questions here. All other customer-related | Threads: 3,066 | 🖼 How Naked is your Stage Set? ▶ |

Cited in In re Penthouse Exec Club Comp Litig 10 Civ 1145 Decided 4/29/13 Archived on 5/7/13 This document is protected by copyright. Further reproduction is prohibited without permission.

topics belong here.

Posts: 99,043

by yoda57us
Today, 09:56 AM

| Off-topic Discussions | Threads / Posts | Last Post |
|---|---|---|
| For discussing non-stripping related topics. | | |

| | | |
|---|---|---|
| **The Lounge** *(15 Viewing)* <br> Let down your hair, relax that tie, and chat about whatever in here. | Threads: 28,559 <br> Posts: 550,886 | MASTERBATION! FUN! FUN! FUN! ▶ <br> by sophiesecrets <br> Today, 11:55 AM |
| **Life Support** *(6 Viewing)* <br> Want to talk about your family life, home drama, kids, significant others? Talk it over here! | Threads: 1,722 <br> Posts: 32,885 | scared of getting older ▶ <br> by Kit Teaser <br> Today, 11:32 AM |
| **Coming Out** *(3 Viewing)* <br> Come here often? Read frequently? Why not take a second to tell us a little bit about yourself and say hello. We **love** to hear from new members! | Threads: 2,794 <br> Posts: 17,847 | New ex-dancer and current... ▶ <br> by GenieBrazilian <br> 05-05-2013, 08:25 AM |
| **Body Business** *(15 Viewing)* <br> Your body your business! Everything body related goes here: exercise, surgery, clothing, products, etc. | Threads: 16,720 <br> Posts: 242,259 | whats worse? Acne or... ▶ <br> by Nikki_Fox <br> Today, 09:03 AM |
| **Dollar Den** *(5 Viewing)* <br> Taxes, investing, fees, other money question? Discuss it in the den! | Threads: 4,812 <br> Posts: 49,599 | This is some SCARY news re... ▶ <br> by jimboe7373 <br> Today, 11:36 AM |
| **Music Mix** *(2 Viewing)* <br> Need something new to dance too? Heard a new song you just love? This is the place to share. | Threads: 2,747 <br> Posts: 33,879 | What are you listening to? ▶ <br> by GlamourRouge <br> 05-01-2013, 12:18 PM |
| **Picture Post** *(18 Viewing)* <br> Post your picture threads here | Threads: 1,868 <br> Posts: 88,244 | Post Pictures of YOU Volume 3 ▶ <br> by whirlerz <br> Today, 08:14 AM |
| **Other Work** *(43 Viewing)* <br> Have questions or comments about other types of work? Phone-sex, modeling, etc - this is the place. | Threads: 6,017 <br> Posts: 80,748 | Opportunity to earn at home! ▶ <br> by sarajames <br> Today, 07:47 AM |

| Market Place | Threads / Posts | Last Post |
|---|---|---|

| | | |
|---|---|---|
| **Jobs** *(3 Viewing)* <br> Looking for a new club or agency to dance for? Looking for side work? | Threads: 558 <br> Posts: 3,383 | Ladies, Make extra money and... ▶ <br> by sugarmouse0707 <br> Yesterday, 09:21 AM |
| **For Sale & Wanted** <br> Got something for sale? Looking to buy something? Want to trade? This is the place for dancer gear, videos, or anything else. | Threads: 749 <br> Posts: 3,099 | Bitcoin Giveaway ▶ <br> by AF camgirl <br> Yesterday, 06:03 AM |
| **Services** <br> Looking for dancer gear, dancers for a special event, or other interesting services? | Threads: 301 <br> Posts: 1,886 | psychic ▶ <br> by Psychic215 <br> 05-04-2013, 07:42 AM |

| Services | Threads / Posts | Last Post |
|---|---|---|

Cited in In re Penthouse Exec Club Comp Litig
10Cv01145 Decided 4/29/13
Archived on 5/7/13
This document is protected by copyright.
Further reproduction is prohibited without permission.

| | | | |
|---|---|---|---|
| 💬 | **Site News**<br>Official site news and updates! | Threads: 99<br>Posts: 1,256 | 📄 Phone/Tablet Stripperweb app! ▶<br>by Super_Girl<br>04-13-2013, 10:41 AM |
| 💬 | **Site Issues**<br>Have a problem, suggestion, or other feedback? Create a ticket here. Please allow for 24-48 hours for resolution. Feel free to reopen tickets if you need further support. | Threads: 1,613<br>Posts: 13,177 | Private |
| 💬 | **Recycle Bin** *(2 Viewing)*<br>Home for deleted posts. | Threads: 2,474<br>Posts: 67,569 | 🌐 what are some of your... ▶<br>by shanna dior<br>08-10-2012, 04:13 AM |
| 🔗 | **Strip Club Junkie Forum**<br>Forums for StripClubJunkie.com - a site for customers. | | |

Mark Forums Read | View Forum Leaders

## What's Going On?

### 🧍 Users Online

There are currently 394 users online. 85 members and 309 guests

Most users ever online was 2,594, 05-21-2005 at 12:44 PM.

adarksideoftown, AliceFun, Allice, Ana Molly, anonymous camgirl, aperfectseal, Asdf321, Ashley_3, audreyalice, Aurora_Sunset, badassbii, bornwithblackglitter, boudicca, Brilynne, bubba29, Candy Girl, candybunny00, Caree, CarmenF, chloemay, Classy_Katy, ClaudiaReina, Courtney,Raine, Deaddolly, DreamsInDigital, Echox, euaici, Fifi_McKnight, funkybrewster, GlamourRouge, GlitteryGoddess, Holly_V, Jaana, Jaden F, JennyP, jimboe373, JoJoX, Kaylan, keepitclassy, Kellydancer, Kit Teaser, kittykelly33, LaDea, LaurenAus, Lilo718, Logan90, Marina Starr, melizabeth, Melonie, my1999gsr, Noell, PaulX, PrincessLuna, Purrfect, Rawrlove, rhs1414, richdummy, roboben, Rosemary Rabbit, Sabihah, Sansonnet, shadesdk, showdom, sheysara79, siliconedoll, Smurfette, Sophia D, Sophia_Starina, sophiesecrets, spyder, Stormi Weather, SweetAshley4Fun, Sweet_Kissess_4U, SydneyBrooke, TaTasha, TeenageAnnie, The Six, TrixieDarling, vivianbear, Vlodina, whirlerz, WonderWoman0642, Worth.It, ~Carmen~

### 🎂 Today's Birthdays

Vatkatt, opzxewsubh (32), jonathan8ov8 (32), mcoeccc2tsf (32), nm62yv0247 (30), 2642amm711 (30), Jihadthis (28), tdhockey12 (28), mattpurcell (28), StudioTrinity (27), SierraWinter (27), pierce, maryandrew (26), jerseysmdl17 (24), milo1102 (23), testytestytesty (23), Cakealicious (22), alstonholmer (22), Naughty Vixxen (22), DahliaNoir (20)

### 📊 Stripper Web Exotic Dancer Community Statistics

Threads: 140,315  Posts: 2,151,329  Members: 90,814
Welcome to our newest member, bubba29

Blogs: 36  Entries: 229  Last 24 Hours: 0
Latest Blog Entry, Doing in-store 'demos' by whirlerz

### 📄 Icon Legend

💬 Contains unread forum posts
💬 Contains no unread forum posts
🔗 Forum is a category
🔗 Forum is a Link

Help support Stripper Web by visiting our sponsors:



**Click here for more information on becoming a model at MyFreeCams.com**

| -- Classic Pink | ◆ | | Contact Us   Stripper Web   Archive   Top |

All times are GMT -7. The time now is 12:09 PM.

Site and content Copyright © StripperWeb.com - See Terms of Service for complete details.