```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/10/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
:
In re PENTHOUSE EXECUTIVE CLUB       :       10 Civ. 1145 (KMW)
COMPENSATION LITIGATION              :       ORDER
:
-------------------------------------------------------X

KIMBA M. WOOD, U.S.D.J.:

On April 29, 2013, the Court issued an Order provisionally certifying the settlement class, appointing Plaintiffs' counsel as class counsel, preliminarily approving the class action settlement, and approving Plaintiffs' proposed notice of settlement. (Dkt. No. 110). In that Order, the Court noted that the Parties agreed to provide additional notice to the class through a website entitled www.stripperweb.com and Xtreme magazine. (Id. ¶ 26). In a May 7, 2013 letter to the Court, the Parties submitted proposed notices for use on www.stripperweb.com and Xtreme magazine. The Court hereby approves those proposed forms of notice.

In the same letter, the Parties disputed the proper source of payment for these forms of notice. In light of the fact that the Parties' Settlement Agreement provides for the cost of notice to the Class to be paid out of Plaintiffs' Counsel's Fee Award, (see Dkt. No. 102, Ex. A §§ 1.4, 2.5 (contemplating that the Claims Administrator shall provide notice to the Class), and § 2.1 ("The Claims Administrator shall be paid out of the Fee Award.")), the Court has determined that the cost of this notice shall come from the Fee Award.

SO ORDERED.

Dated: New York, New York
       May 9, 2013

                                           *Kimba M. Wood*
                                       ───────────────────────
                                           Kimba M. Wood
                                       United States District Judge