```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/13
```

## OUTTEN & GOLDEN LLP

*Advocates for Workplace Fairness*

Wayne N. Outten
Anne Golden
Adam T. Klein
Laurence S. Moy
Justin M. Swartz
Wendi S. Lazar
Kathleen Peratis
Jack A. Raisner
Carmelyn P. Malalis
Tammy Marzigliano
René S. Roupinian
Ossai Miazad
Cara E. Greene
Rachel M. Bien

Lewis M. Steel
Paul W. Mollica
Molly Brooks
Nantiya Ruan

Deirdre A. Aaron
Sally Abrahamson
*Not admitted in New York*
Reena Arora
Delyanne D. Barros
Katherine Blostein
Jessie R. Cardinale
Cyrus E. Dugger
Jennifer Liu
Carmel Mushin
Melissa Pierre-Louis
Michael Scimone
Amber C. Trzinski
Juno Turner
Elizabeth Wagoner

June 21, 2013

**By Facsimile to (212) 805-7900**
The Honorable Kimba M. Wood
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re: *In re Penthouse Executive Club Compensation Litigation*,
Master File No. 10 Civ. 1145

Dear Judge Wood:

Along with Virginia & Ambinder, LLP, Leeds Brown Law, P.C., and Urban Justice Center, we represent the Plaintiffs in the above-referenced consolidated case. Since your Honor approved our request that notice issue by June 26, 2013, (Doc. No. 120), the notice period now ends on September 24, 2013. However, the Court's fairness hearing is scheduled for September 18, 2013. As such, we respectfully request that the Court move the date of the fairness hearing from September 18, 2013, to October 17, 2013. Defendants consent to this request.

] Granted.
KMW

AT 11:00 A.M.

Respectfully submitted,

Amber C. Trzinski

cc (via email):
Jeffrey A. Kimmel, Esq.
Howard Davis, Esq.
Gregory Rasin, Esq.
Joshua F. Alloy, Esq.
Leslie Liwanag
All Plaintiffs' Counsel

6.24.13
**SO ORDERED, N.Y., N.Y.**

Kimba M. Wood
**KIMBA M. WOOD**
**U.S.D.J.**



3 Park Avenue, 29th Floor, New York, NY 10016  Tel 212-245-1000  Fax 646-509-2060
6 Landmark Square, Suite 400, Stamford, CT 06901  Tel 203-363-7888  Fax 203-363-0333
203 North LaSalle Street, Suite 2100, Chicago, IL 60601  Tel 312-924-4888  Fax 646-509-2075
og@outtengolden.com   www.outtengolden.com