# Exhibit B

## ADDENDUM TO SETTLEMENT AGREEMENT

The following is an Addendum ("Addendum") to the Joint Stipulation of Settlement and Release (the "Agreement") entered into on or about April 4, 2013, by and between Stephanie Carattini, Nicole Hughes, and Nicki Mpogiatzis (collectively the "Named Plaintiffs"), individually and on behalf of the class ("Class Members"), as well as opt-in plaintiffs (collectively with Named Plaintiffs and Class Members, the "Plaintiffs") and the Executive Club, LLC d/b/a/ Penthouse Executive Club, the Penthouse Club, Inc., ("Penthouse"), Robert Gans, and Mark Yackow (collectively, "Defendants") (together with Plaintiffs, the "Parties").

1. The Parties hereby agree to modify the Agreement as follows:

    a. The third sentence of Section 2.7 (A) shall be re-written to read: "Payments will be made by check issued by the Executive Club, LLC d/b/a/ Penthouse Executive Club ("Penthouse")."

    b. A new Section 3.4 (C) shall be inserted that reads: "After the Claims Administrator has calculated each Class Member's Individual Settlement Payment, the Claims Administrator will send the calculations and Individual Settlement Payment amounts for each Class Member to Jeffrey Kimmel, Meister Seelig & Fein LLP, 140 East 45th Street, 19th Floor, New York, NY 10017 and Gregory Rasin, Proskauer Rose, 11 Times Square, New York, NY 10036. Defendants will use such information to prepare and issue settlement checks and perform all tax reporting and issue all tax forms for each Class Member who makes a claim within fourteen (14) days of receiving the calculation information from the Claims Administrator. Defendants have chosen to issue Form 1099s to each Class Member who receives a settlement check. Plaintiffs and their counsel take no position on the proper tax treatment of the settlement payments. Plaintiffs and their counsel shall not participate in the tax reporting process and did not participate in Defendants' decision regarding the appropriate tax treatment of the settlement payments."

    c. A new Section 3.4 (D) shall be inserted that reads: "Defendants shall mail the checks for each Class Member to the Claims Administrator via FedEx within two (2) days of preparing and issuing the checks pursuant to Section 3.4 (C)."

    d. Section 3.4 (C) shall be renumbered to Section 3.4 (E).

    e. Section 3.4 (D) shall be renumbered to Section 3.4 (F).

    f. Section 3.4 (E) shall be renumbered to Section 3.4 (G).

2. This Addendum may be executed in counterparts, and when each party has signed and delivered at least one such counterpart, each counterpart shall be deemed an original, and, when taken together with other signed counterparts and the Agreement, shall constitute one Agreement, which shall be binding upon and effective as to all Parties.

3. All capitalized terms in the Addendum that are not herein defined shall have the meanings ascribed to them in the Agreement.

4. Except as amended hereby, the Agreement shall remain in full force and effect.

5. The undersigned counsel for Defendants represents and warrants that it has full authority to enter into this Addendum on behalf of Penthouse, Robert Gans, and Mark Yackow and to bind Penthouse, Robert Gans, and Mark Yackow to all of its terms and conditions.

6. The undersigned counsel for Plaintiffs and the Class Members represents and warrants that it has full authority to enter into this Addendum on behalf of Plaintiffs, Stephanie Carattini, Nicole Hughes, and Nicki Mpogiatzis, and to bind each of them to all of its terms and conditions.

**AGREED AND ACCEPTED.**

DATED: June 20, 2013

**On behalf of Plaintiffs and the Class Members:**

OUTTEN & GOLDEN LLP

By: _____
Justin M. Swartz

3 Park Avenue, 29th Floor
New York, New York 10016


URBAN JUSTICE CENTER
SEX WORKERS PROJECT

By: _____
Gratienne Baskin

123 Williams Street, 16th Floor
New York, New York 10038


VIRGINIA & AMBINDER LLP

By: _____
Lloyd Ambinder

111 Broadway, Suite 1403
New York, New York 10006


LEEDS BROWN LAW PC

By: _____
Jeffrey Brown

One Old Country Road, Suite 347
Carle Place, NY 11514-1851

2

2. This Addendum may be executed in counterparts, and when each party has signed and delivered at least one such counterpart, each counterpart shall be deemed an original, and, when taken together with other signed counterparts and the Agreement, shall constitute one Agreement, which shall be binding upon and effective as to all Parties.

3. All capitalized terms in the Addendum that are not herein defined shall have the meanings ascribed to them in the Agreement.

4. Except as amended hereby, the Agreement shall remain in full force and effect.

5. The undersigned counsel for Defendants represents and warrants that it has full authority to enter into this Addendum on behalf of Penthouse, Robert Gans, and Mark Yackow and to bind Penthouse, Robert Gans, and Mark Yackow to all of its terms and conditions.

6. The undersigned counsel for Plaintiffs and the Class Members represents and warrants that it has full authority to enter into this Addendum on behalf of Plaintiffs, Stephanie Carattini, Nicole Hughes, and Nicki Mpogiatzis, and to bind each of them to all of its terms and conditions.

**AGREED AND ACCEPTED.**

DATED: June 20, 2013

**On behalf of Plaintiffs and the Class Members:**

OUTTEN & GOLDEN LLP

By: _____
      Justin M. Swartz

3 Park Avenue, 29th Floor
New York, New York 10016

URBAN JUSTICE CENTER
SEX WORKERS PROJECT

By: _____
      Gratienne Baskin

123 Williams Street, 16th Floor
New York, New York 10038

VIRGINIA & AMBINDER LLP

By: _____
      Lloyd Ambinder

111 Broadway, Suite 1403
New York, New York 10006

LEEDS BROWN LAW PC

By: _____
      Jeffrey Brown

One Old Country Road, Suite 347
Carle Place, NY 11514-1851

2

On behalf of Penthouse and Mark Yackow:

MEISTER SEELIG & FEIN LLP

By: _____
         Jeffrey Kimmel

140 East 45th Street, 19th Floor
New York, New York 10017

On behalf of Robert Gans:

PROSKAUER ROSE LLP

By: _____
         Gregory Rasin

11 Times Square
New York, New York 10036

3