# Exhibit C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Penthouse Executive Club Compensation Litigation | Master File No. 10 Civ. 1145 (KMW) |
| --- | --- |
| | DECLARATION OF MARK PATTON |

I, Mark Patton, declare as follows:

1.    I am the Senior Director of Operations at Settlement Services, Inc. ("SSI"). The following statements are based on my personal knowledge and information provided by other SSI employees working under my supervision, and, if called on to do so, I could and would testify competently thereto.

2.    SSI is serving in this matter as the Claims Administrator in the Action for the purposes of administering the Joint Stipulation of Settlement and Release ("Stipulation"), preliminarily approved in the Court's Order Granting Plaintiffs' Motion for Preliminary Approval of Class Settlement ("Order"), dated April 30, 2013. I submit this Declaration in order to provide the Court and the Parties to this Action with information regarding the dissemination of the Notice of Proposed Class Action Settlement, Claim Form, W-9 Form, and postage pre-paid

1

reply envelope ("Notice"), and claims, opt-out and objection requests received and processed in accordance with the Court's Order[1].

3.    **Class Data**. On May 9, 2013, Defendant's Counsel provided SSI with a spreadsheet containing, among other things, the names and last-known mailing addresses for the 1,230 Class Members (the "Class List"). SSI entered the Class List into a database created for the administration of this Settlement. On July 9, 2013, SSI was instructed by Class Counsel via email to add one additional Class Member to the settlement, bringing the total number of Class Members in the settlement to 1,231.

4.    **Notice**. SSI thereafter formatted the Notice (attached hereto as Exhibit A) so that it was personalized with the approximate amount that each Class Member is entitled to receive, as calculated by SSI. On June 26, 2013 (the "Notice Date"), SSI mailed the Notice by first class-mail, postage prepaid, from Tallahassee, Florida, to the 1,230 Class Members identified on the Class List. Notice was mailed to the added Class Member on July 17, 2013.

5.    **Undeliverable Mail**. During the Notice period, 654 Notices were returned to SSI as undeliverable without forwarding address information. SSI

---

[1] Unless otherwise defined herein, all capitalized terms shall have the same meaning as set forth in the Stipulation.

2

promptly conducted a locator trace for these Class Members, and obtained new possible addresses for 523 of them. SSI re-mailed notices to these 523 possible new addresses. Of the 523 notices re-mailed to possible new addresses, 99 were returned to SSI as undeliverable without forwarding address information. In addition to the 654 undeliverable notices, 28 notices were returned to SSI as undeliverable with new PO Forwarding addresses. SSI re-mailed notices to these 28 new addresses. Three of these were returned again as undeliverable with no forwarding address information, and were included in the 654 undeliverable notices that were traced.

6.    **Phone Support**. SSI established a toll-free phone number for Class Members to call with questions about the settlement, to request that a Notice be re-mailed, or to provide changes of address. As of this date, SSI has received approximately 179 calls to this number.

7.    **Requests to Opt Out**. Class Members who wished to exclude themselves from the Class must have submitted a written Request to Opt-Out postmarked by December 26, 2013. As of this date, SSI has received 23 requests to opt-out of the Settlement, all of which were timely postmarked. One of these requests was later rescinded by the Class Member, bringing the total number of

timely and valid opt-out requests to 22.  Copies of the 22 valid Requests to Opt-Out are attached hereto as Exhibit B.

8.    **Objections**.  Class Members who wished to object to the Settlement must have informed the Court and the Parties of their intent so that it was postmarked no later than December 26, 2013.  As of this date, SSI has received no objections to the Settlement, timely or otherwise.

9.    **Claims**.  Class Members who wished to participate in the settlement must have submitted a Claim Form postmarked by December 26, 2013.  As of this date, SSI has received 247 Claim Forms.  Of these, one was received from someone who is not a Class Member in the settlement, and eight others were subsequently withdrawn in writing by the Class MEmbers, two of whom also submitted Requests to Opt-Out of the settlement.  Three claims besides those mentioned above are currently considered deficient for varying reasons, including not providing an SSN on the Claim Form and not signing the release on the form..  SSI has mailed letters to those with deficient claims to give them the opportunity to cure their claims.  As of this date, no Claim Forms have been received with late or illegible postmarks after the December 26 deadline.  As of this date, the total number of timely and valid claims received by SSI is 235.

10.  **Website**.  On or around June 26, 2013, SSI established a website, www.PenthouseExecutiveClubCompensationLitigation.com, for Class Members to visit in order to obtain information about the settlement.  This website is still active.

11.  **Additional Class Member Outreach**.  Pursuant to Paragraph 2.5(C) of the Stipulation, SSI sent text messages to all Class Members who had not filed a Claim Form or a Request to Opt-Out, notifying them of the settlement and providing the website address and toll-free phone number for the settlement. The first batch of text messages was sent on August 9, 2013.  The second batch of text messages was sent on September 10, 2013.

12.  **Deadlines**.  On November 26, 2013, pursuant to this Court's Order (ECF No. 137), SSI sent a reminder postcard and a third text message informing class members of the claim bar extension from November 25, 2013, to December 26, 2013, and explaining that class members could file anonymously.  The Notice advised Class Members, among other things, that they could object to or exclude themselves from the settlement.

13.  **Class Member Awards.** Class Members who return a timely and valid Claim Form and who do not opt-out of the settlement will each receive a monetary award in the settlement.  As calculated by SSI, if all Class Members

submitted timely and valid claims, the average gross settlement payment for each Class Member (net of attorneys' fees and costs, service awards, and claims administration fees) would be approximately $4,666.94.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of January, 2014, in Tallahassee, Florida.

_____

MARK PATTON

# Exhibit A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re Penthouse Executive Club Compensation Litigation** | Master File No. 10 Civ. 1145 (KMW) |
| | **NOTICE OF PROPOSED CLASS ACTION SETTLEMENT** |

**TO: «fname» «lname»**
     **«address»**
     **«address_2»**
     **«City», «State»  «Zip»**

DATED:        **JUNE 26, 2013**

### PLEASE READ THIS NOTICE CAREFULLY

**This Notice relates to a proposed settlement of class and collective action litigation.**

**This settlement has been authorized by a federal court.  It contains important information as to your right to participate in the settlement, and to make a claim for payment or elect not to be included in the class.**

#### Introduction

Individuals who formerly worked at the Penthouse Executive Club (the "Club"), Stephanie Carattini, Nicole Hughes and Leslie Liwanag, filed lawsuits alleging unpaid minimum wages, unpaid overtime compensation, unpaid spread-of-hours pay, tip credit claims, tip misappropriation claims, unpaid uniform expenses, and statutory uniform maintenance costs among other damages against Defendants.  The Court in charge of this case is the United States District Court for the Southern District of New York.  The lawsuits are known as *Liwanag v. The Executive Club LLC, et al.*, No. 10 Civ. 1145  (S.D.N.Y. filed February 11, 2010) ("Liwanag Action") and *Carattini v. The Executive Club LLC, et al.*, No. 09 Civ. 10572 (S.D.N.Y. filed December 29, 2009) ("Carattini Action").  The Liwanag Action and the Carattini Action have been consolidated and are collectively referred to as *In Re: Penthouse Executive Club Litigation*, Case No. 10 Civ. 1145 (KMW).  The individuals who filed the lawsuit are called the Plaintiffs. The group of similarly-situated workers they seek to represent in the case, including you, are "Class Members."

Plaintiffs allege in the lawsuit that, among other things, Defendants failed to pay them and the Class Members wages, including minimum wage, overtime for the hours they worked over 40 in a week, improperly retained gratuities, improperly collected "house fees" and required them to incur uniform-related expenses in violation of the Fair Labor Standards Act ("FLSA") and the New York Labor Law ("NYLL").

Defendants vigorously deny Plaintiffs' allegations and contend that Class Members at all times were independent contractors, not employees, and are therefore not entitled to additional wages and damages beyond the substantial amounts of money they made while performing at the Club, which amounts offset any damages that they may have sustained if the Court were to determine that they were misclassified as independent contractors.

Plaintiffs and Defendants have agreed to settle the lawsuit subject to the approval of the Court. Defendants have agreed to a settlement fund in the amount of $8,000,000.00, including attorneys' fees and costs. The Court has not decided who is right and who is wrong in this lawsuit. Your legal rights may be affected, and you have a choice to make now. These rights and options are summarized below and fully explained in this Notice.

### YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT:

**PARTICIPATE**   As described more fully below, to participate in the settlement, you must mail a properly completed Claim Form and Release to the Claims Administrator post-marked by September 24, 2013. If you fail to mail a timely Claim Form and Release post-marked by September 24, 2013, you will not receive any money from the settlement.

**EXCLUDE YOURSELF**   If you wish to exclude yourself from the lawsuit, you must follow the directions outlined in response to question 6 below.

**OBJECT**   You may also object to the settlement by writing the Court about why you believe the settlement is unfair or unreasonable. If the Court rejects your objection, you will still be bound by the terms of the settlement for claims under New York Law unless you submit a valid and timely Request for Exclusion. You will not be bound by the settlement if you exclude yourself from the lawsuit.

**1. Why did I receive this notice?**

You have received this notice because the Club's records show that you worked at the Club during the relevant time period.

**2. What is a class action?**

A class action is a lawsuit where one or more persons sue not only for themselves, but also for other people who have similar claims. These other people are known as Class Members. In a class action, one court resolves the issues for all Class Members, except for those who exclude themselves from the Class. The Honorable Kimba M. Wood, United States District Court Judge for the Southern District of New York, is presiding over this class action.

**3. Why is there a settlement?**

Class Counsel, identified in paragraph 10 below, analyzed and evaluated the merits of the claims made against Defendants in the Litigation, reviewed documents and statements in connection with the performance of workers, engaged in motion practice, analyzed damages data for Plaintiffs and a significant sample of the putative Class Members and evaluated Defendants' ability to pay a judgment.

Based upon their analysis and evaluation of this data, relevant law, and the substantial risks of continued litigation, including the possibility that the litigation, if not settled now, might not result in any recovery whatsoever, or might result in a recovery that is less favorable and that would not occur for several years, Class Counsel entered into this proposed settlement. Class Counsel is satisfied that the terms and conditions of this Agreement are fair, reasonable and adequate and that this Agreement is in the best interest of the Named Plaintiffs and Putative Class Members. All class members who submit a properly completed claim form, as described in paragraph 5 below, will receive a distribution of the settlement proceeds.

**4.       How are settlement amounts calculated?**

Class Members who submit properly completed claim forms as described in paragraph 5 below, will receive their share of the Net Settlement Fund, as defined in the Settlement Agreement, according to the allocation formula set forth at Section 3.4 of the Settlement Agreement and summarized below.

A Class Member's portion of the settlement award ("Individual Settlement Payment") shall be determined by the Claims Administrator based upon how many calendar years during which the Class Member worked at The Penthouse Executive Club. For the first calendar year during which the Class Member worked at The Penthouse Executive Club, $3,727.79 will be allocated. For each additional calendar year during which the Class Member worked at The Penthouse Executive Club beyond the first, the Class Member will be allocated one (1) "point." Each "point" will entitle the Class Member to a proportional share of the available settlement pool remaining after distributions are made to members of the Class for the first calendar year that they performed at The Penthouse Executive Club.

If you submit a properly completed claim form as described in paragraph 5 below, and if the Court approves the settlement, your settlement check will be issued by The Penthouse Executive Club and mailed to you by the Claims Administrator. The Penthouse Executive Club will treat your settlement payment as a non-wage payment and will not pay any payroll taxes. **You should get independent tax advice regarding the tax consequences of your participation in this settlement – neither Defendants, their counsel, Class Counsel, nor the Claims Administrator can give you tax advice.** The Penthouse Executive Club has determined that it will issue you an IRS Tax Form 1099 for your settlement payment. Neither Plaintiffs nor their counsel participated in the decision to characterize the settlement payments for tax purposes.

**Based on the allocation formula above, you are entitled to collect approximately $«TotalAwardRounded».**

**5.       Procedures**

To be eligible for a distribution from the settlement fund, you must timely complete and return the enclosed Claim Form and Release according to instructions provided on the form, including:  (1) an acknowledgement that, by signing the Claim Form and Release, you wish to participate in to the case and be subject to payment under the Fair Labor Standards Act and the New York Labor Law; and (2) a release of claims consistent with that set forth in this Notice. The Claim Form and Release must be personally filled out by the current or former worker who seeks to participate in the Settlement or someone with a legal right to act on her behalf.

The Claim Form and Release must be properly completed, signed, and mailed to the Claims Administrator via First Class United States Mail, and post-marked by September 24, 2013.  If you do not properly complete and timely submit the Claim Form and Release, you will not be eligible to receive any monetary distribution.

If the Court grants final approval of the Settlement, this action will be dismissed with prejudice and Class Members who do not opt out will fully release and discharge Defendants through June 12, 2012, from all New York Labor Law claims asserted in the Complaint.  This means that you cannot sue, continue to sue, or be a party of any other lawsuit against Defendants regarding the New York Labor Law claims brought in this case.  It also means that all of the Court's orders will apply to you and legally bind you.  In addition, by signing the Claim Form and Release, you forever and fully release Defendants through June 12, 2012, from all Fair Labor Standards Act claims asserted in the Complaints.

| **6.** | **How Do I Exclude Myself From The Settlement?** |
| --- | --- |

If you do not want a payment from this settlement, but you want to keep the right to sue or continue to sue Defendants, on your own, about the legal issues in this case or which could have been brought in this case, then you must take steps to exclude yourself from this case. If you intend to exclude yourself, you must mail a written, signed statement to the Claims Administrator stating "I opt out of the Penthouse wage and hour settlement" and include your name, stage name(s) you used at the Club, the time period(s) that you worked at the Club, your address, telephone number and social security number ("Opt-out Statement").  To be effective, the Opt-out Statement must be mailed to the Claims Administrator via First Class United States Mail, postage prepaid, and postmarked by September 24, 2013.

PEC Claims Administrator
Post Office Box 469
Tallahassee, FL  32302-0469
(855) 300-6223

If you exclude yourself from the Lawsuit and Settlement, you will NOT be allowed to object to the settlement as described in paragraph 12 below.

| **7.  What am I giving up by staying in the case?** |
| --- |

Unless you exclude yourself, you will remain a Class Member.  That means you cannot sue, continue to sue, or be a party to any other lawsuit against Defendants for any New York State wage and hour claims that were or could have been brought in this lawsuit through the effective date of the settlement.

| **8.  If I exclude myself, can I get money from this settlement?** |
| --- |

No.  If you exclude yourself, you will not receive any money from this settlement.

| **9.  What happens if I do nothing?** |
| --- |

If you do nothing, you will not receive any money from this settlement, and you will be subject to all decisions and rulings from the Court.  If the Court approves the settlement, all of your New York Labor Law claims will be relinquished, however your FLSA claims will be preserved.

## 10. Do I have a lawyer in this case?

You are represented by the following lawyers listed below.  They are called "Class Counsel." You may call Class Counsel if you have any questions about the settlement or participating in it.

Justin M. Swartz
Outten & Golden LLP
3 Park Avenue
29th Floor, New York , NY 10016
212-245-1000
jms@outtengolden.com
www.outtengolden.com

Lloyd Ambinder
Virginia & Ambinder, LLP
Trinity Centre
111 Broadway, Suite 1403
New York, New York, 10006
212-943-9080
lambinder@vandallp.com
http://www.vandallp.com/

Jeff Brown
Leeds, Brown Law PC
1 Old Country Road, Suite 347
Carle Place, New York, 11514
800-585-4658
Jbrown@LeedsBrownLaw.com
http://www.lmblaw.com/

Sienna Baskin
Urban Justice Center, Sex Workers Project
123 Williams Street, 16th Floor
New York, NY 10038
646-602-5617
sbaskin@urbanjustice.org
http://www.sexworkersproject.org/

## 11. How will the lawyers be paid?

You will not be charged separately for Class Counsel.  Their fees are being paid from the Settlement Fund.  If you want to be represented by your own lawyer, you may hire one at your own expense.  Class Counsel will ask the Court to approve attorneys' fees plus litigation expenses and costs. The fees would pay Class Counsel for investigating the facts, litigating the lawsuit, and negotiating and overseeing the settlement. The Court will ultimately decide the amount that will be paid to Plaintiffs' and Class Members' attorneys for their services.

**12. How do I tell the Court that I do not like the settlement?**

You can object to the settlement if you do not like any part of it. You can give reasons why you think the Court should not approve it. The Court will consider your views. If the Court rejects your objection, you will still be bound by the terms of the settlement of your claims under New York Law unless you have submitted a valid and timely request for exclusion. To object, you must send a letter saying that you object to the settlement of *In Re: Penthouse Executive Club Litigation.* Your statement must include all reasons for the objection and any supporting documentation. If you wish to present your objection at the fairness hearing described below, you must state your intention to do so in your written objection. You will not be allowed to present reasons for your objection at the fairness hearing that you did not describe in your written objection. Mail the objection to the Claims Administrator via First-Class United States Mail, postage prepaid at the address below. Your objection will not be heard unless it is mailed to the Claim Administrator via First Class United States Mail and postmarked by September 24, 2013.

PEC Claims Administrator
Post Office Box 469
Tallahassee, FL  32302-0469
(855) 300-6223

The Claims Administrator will file your objection statement with the Court. You may not object to the settlement if you submit a letter requesting to exclude yourself or "opt-out" of the settlement of the lawsuit.

**13. What's the difference between objecting and excluding?**

Objecting is simply telling the Court that you do not like something about the settlement. You can object only if you stay in the Class. Excluding yourself is telling the Court that you do not want to be part of the Class. If you exclude yourself, you have no basis to object because the case no longer affects you.

**14. When and where will the Court decide whether to approve the settlement?**

The Court will hold a Fairness Hearing at 11 a.m. on October 17, 2013, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, in Courtroom 18B. At this hearing the Court will consider whether the terms of the settlement are fair, reasonable, and adequate. If there are objections, the Court will consider them. The Judge will listen to people who have asked to speak at the hearing. The Court may also decide how much to pay to Class Counsel. After the hearing, the Court will decide whether to approve the settlement. We do not know how long these decisions will take.

**15. Are there more details about the settlement?**

This notice summarizes the proposed settlement. More details are in the Settlement Agreement. You can review the Settlement Agreement by asking for a copy of the Settlement Agreement by writing to or calling:

PEC Claims Administrator
Post Office Box 469
Tallahassee, FL  32302-0469
(855) 300-6223

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re Penthouse Executive Club Compensation Litigation** | Master File No. 10 Civ. 1145 (KMW)<br><br>**ECF Case** |

## CLAIM FORM AND RELEASE
## INSTRUCTIONS

**In order to receive your portion of the settlement funds described in the Notice of Proposed Settlement ("Notice"), you must complete and return this Claim Form and Release and a completed W-9 form (enclosed), including your social security number, to the Claims Administrator postmarked by September 24, 2013.**

PEC Claims Administrator
Post Office Box 469
Tallahassee, FL  32302-0469
(855) 300-6223

### CHANGES OF ADDRESS

It is **your responsibility** to keep a current address on file with the Claims Administrator. Please make sure to notify the Claims Administrator of any change of address.

«FNAME» «LNAME»        «MAILID»
«ADDRESS» «ADDRESS_2»
«CITY», «STATE»  «ZIP»

## CLAIM FORM AND RELEASE

*THIS FORM MUST BE MAILED TO THE CLAIMS ADMINISTRATOR POSTMARKED BY SEPTEMBER 24, 2013.*

I understand that this lawsuit was brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, et seq. ("FLSA") and the New York  Labor Law ("NYLL").  I hereby consent and agree to join the consolidated case of *In Re: Penthouse Executive Club Litigation*, Case No. 10 Civ. 1145 (KMW).  I consent and agree to be bound by any adjudication of this action by the Court.  I further agree to be bound by the collective action settlement herein approved by my attorneys and approved by this Court as fair, adequate, and reasonable.  I hereby designate the law firms of Outten & Golden LLP, Virginia & Ambinder, LLP, Leeds Brown Law P.C. and Urban Justice Center to represent me in this action.

My signature below constitutes a full and complete release and discharge of The Executive Club LLC d/b/a Penthouse Executive Club; The Penthouse Club Inc., Robert Gans and Mark Yackow, individually, their present and former owners, stockholders, predecessors, successors, assigns, agents, directors, officers, employees, representatives, insurers, attorneys, parents, subsidiaries, affiliates, benefit plans, plan fiduciaries, and all persons acting by, through, under or in concert with any of them ("Defendants") by me and by my respective heirs, beneficiaries, devisees, legatees, executors, administrators, trustees, conservators, guardians, personal representatives, successors-in-interest, and assigns, from any and all wage and hour claims, demands, rights, liabilities, expenses, and losses of any kind, that I have, had, or might have had against Defendants based on any act or omission that occurred at any time up to and including June 12, 2012 related to any of the facts or claims alleged in this Litigation, even if presently unknown and/or un-asserted, including but not limited to:  The Fair Labor Standards Act of 1938 ("FLSA"), 29 U.S.C. § 201, *et. seq*. and the wage and hour laws and regulations of the state of New York, including the New York Labor Law Articles 6 and 19, and all derivative benefit claims (both ERISA and non-ERISA benefits) interest on such claims, and attorneys' fees, expenses and costs in exchange for a portion of the Net Settlement Fund, which totals approximately $«TotalAwardRounded».

I declare under penalty of perjury that the above information is correct.

_____     _____     _____
Name (print)                                    Signature                                           Date


_____
Mailing Address


**YOU MUST ENCLOSE A COMPLETED W-9 FORM, INCLUDING YOUR SOCIAL SECURITY NUMBER**

2                                              CMID: «mailid»

Form **W-9**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

# Request for Taxpayer
## Identification Number and Certification

**Give Form to the requester. Do not send to the IRS.**

**Print or type    See Specific Instructions on page 2.**

Name (as shown on your income tax return)

Business name/disregarded entity name, if different from above

Check appropriate box for federal tax classification:

☐ Individual/sole proprietor   ☐ C Corporation   ☐ S Corporation   ☐ Partnership   ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ ------------------------

☐ Other (see instructions) ▶

☐ Exempt payee

Address (number, street, and apt. or suite no.)

Requester's name and address (optional)

City, state, and ZIP code

List account number(s) here (optional)

## Part I    Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

**Social security number**

☐☐☐ – ☐☐ – ☐☐☐☐

**Employer identification number**

☐☐ – ☐☐☐☐☐☐☐

## Part II    Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 4.

**Sign Here**    Signature of U.S. person ▶                                    Date ▶

# General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

# Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

**Note.** If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien,

• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

• An estate (other than a foreign estate), or

• A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign partners' share of income from such business. Further, in certain cases where a Form W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

Cat. No. 10231X                    Form **W-9** (Rev. 12-2011)

# Exhibit B

RECEIVED BY

NOV 05 2013

Release: Opt out of penthouse wage and Hourly settlement

I Chakita D Greggs previously filed for penthouse law-suit And I want to Rescind. I chakit D Greggs opt out the penthouse wage And Hairly settlement Statenet, Please Remove My Name An All Insormation, Thank You

I worked there from 9/3/2003 - 10/15/2010

Address: Chakita Greggs

REDACTED

REDACTED

# Phone Number

REDACTED

X _____

X Chakita Greggs

August 30, 2013

PEC Claims Administrator
PO Box 469
Tallahasse, FL  32302-0469

To Whom It May Concern:

My name is Domarys Estepan.   I recently filed  a claim and would like to rescind it.  I opt out of
the PEC Wage and Hour Settlement.   My stage name is Jodie and my home address is:

REDACTED

REDACTED

You may contact me at REDACTED if you have any further questions.

Sincerely,

*Domarys Estepan*
Domarys Estepan

RECEIVED BY

SEP 0 3 2013

SSI

9/10/13

To Claims Administrator,

RECEIVED BY

SEP 16 2013

SSI

I Carmine Surace am stating
That " I opt out of the penthouse
wage & hour settlement "...

I worked @ Penthouse @ around
2002 or 2003 - 2004 or 2005. I am not
totaly sure of Time Period. My SS#

REDACTED

My address is    Carmelo Carmine Surace

REDACTED

My Tel

REDACTED

Thank You,

Tuesday, September 10, 2013

PEC Claims Administrator
Post Office Box 469
Tallahassee, FL 32302-0469
(855) 300-6223

**RECEIVED BY**

SEP **1 9** 2013

**OPT-OUT STATEMENT**

SSI

To Whom It May Concern:

I elect to opt-out and exclude myself from the wage and hour settlement in the Penthouse Executive Club Litigation: *In re Penthouse Executive Club Compensation Litigation,* Master File No. 10 Civ. 1145 (KMW).

Name:  Chelsea Rogers
Stage Name(s): Fallan - Chelsea
Estimated Years of Performance: 2004 –2008
Address: REDACTED
Telephone Number: REDACTED
Social Security Number: REDACTED

If you have any questions, please direct all correspondence to my attorneys:

**HACH ROSE SCHIRRIPA & CHEVERIE, LLP**
*Attorneys for Opting-Out Class Member*
185 Madison Avenue, 14th Floor
New York, New York 10016
(212) 213-8311

Dated: September 14, 2013

Chelsea Rogers

# HACH ROSE SCHIRRIPA & CHEVERIE LLP

ATTORNEYS AT LAW

September 20, 2013

**VIA FIRST CLASS MAIL**

RECEIVED BY

SEP 2 3 2013

SSI

PEC Claims Administrator
Post Office Box 469
Tallahassee, FL 32302-0469
(855) 300-6223

Re:     *In re Penthouse Executive Club Compensation Litigation*,
Master File No. 10 Civ. 1145 (KMW)
Opting-Out Class Members

To Whom It May Concern:

Please be advised that the following eleven individuals have elected to opt-out and exclude themselves from the settlement in the above-referenced matter -- *In re Penthouse Executive Club Litigation.* The following women were entertainers at the Penthouse Executive Club during the relevant time period and have retained the firm Hach Rose Schirripa & Cheverie, LLP in connection with their intention to affirmatively opt-out of the above named action and pursue individual claims against the Defendants:

1.  Kayla Atkins;
2.  Linda Coyle;
3.  Colin Darrow;
4.  Stephine Gavegnano;
5.  Nadene Grey;
6.  Sarah Ladner;
7.  Leslie Liwanag;
8.  Nicki Mpogiatzis;
9.  Chelsea Rogers;
10. Christina Sanchez; and
11. Heather Stonehill.

In addition to any "Opt-Out Statements" that you may have received from these women individually, please find enclosed a fully executed Opt-Out Statement for each of the eleven individuals named above.

PEC Claims Administrator
September 20, 2013
Page -2

Please feel free to contact me if you have any question or concerns.

Very truly yours,

/Frank R. Schirripa

FRS/jb

cc:    Steven J. Harfenist, Esq. (*via* email)
Justin M. Swartz, Esq. (*via* email)
Sienna Baskin, Esq. (*via* mail)
Lloyd Ambinder, Esq. (*via* mail)
Jeffrey Brown, Esq. (*via* mail)
Jeffrey Kimmel, Esq. (*via* certified mail)
Gregory Rasin, Esq. (*via* certified mail)

247-

HRSC LLP

RECEIVED BY

SEP 2 3 2013

SSI

Tuesday, September 17, 2013

PEC Claims Administrator
Post Office Box 469
Tallahassee, FL 32302-0469
(855) 300-6223

## OPT-OUT STATEMENT

To Whom It May Concern:

I elect to opt-out and exclude myself from the wage and hour settlement in the Penthouse Executive Club Litigation: *In re Penthouse Executive Club Compensation Litigation*, Master File No. 10 Civ. 1145 (KMW).

Name: Christina Sanchez

Stage Name(s):  Nina

Estimated Years of Performance (from year to year):  2002 - 2008

Address:  REDACTED

Telephone Number:  REDACTED

Social Security Number:  REDACTED

If you have any questions, please direct all correspondence to my attorneys:

**HACH ROSE SCHIRRIPA & CHEVERIE, LLP**
*Attorneys for Opting-Out Class Member*
185 Madison Avenue, 14th Floor
New York, New York 10016
(212) 213-8311

Dated: September 20, 2013                    Christina Sanchez

Tuesday, October 17, 2013

PEC Claims Administrator
Post Office Box 469
Tallahassee, FL 32302-0469
(855) 300-6223

RECEIVED BY

OCT 21 2013

SSI

## OPT-OUT STATEMENT

To Whom It May Concern:

I elect to opt-out and exclude myself from the wage and hour settlement in the Penthouse Executive Club Litigation: *In re Penthouse Executive Club Compensation Litigation,* Master File No. 10 Civ. 1145 (KMW).

Name:  Christine O'Malley

Stage Name(s): Nova

Estimated Years of Performance: 2003-2006

Address:  REDACTED

Telephone Number: REDACTED

Social Security Number: REDACTED

If you have any questions, please direct all correspondence to my attorneys:

HACH ROSE SCHIRRIPA & CHEVERIE, LLP
*Attorneys for Opting-Out Class Member*
185 Madison Avenue, 14th Floor
New York, New York 10016
(212) 213-8311

Dated: October 17, 2013

Christine O'Malley

# HACH ROSE SCHIRRIPA & CHEVERIE LLP
### ATTORNEYS AT LAW

October 18, 2013

**VIA FIRST CLASS MAIL**

PEC Claims Administrator
Post Office Box 469
Tallahassee, FL 32302-0469
(855) 300-6223

   Re: *In re Penthouse Executive Club Compensation Litigation,*
     Master File No. 10 Civ. 1145 (KMW)
     Ms. Christine O'Malley Notice of Opt-Out

To Whom It May Concern:

  Please be advised of the following individual who is electing to opt-out and exclude herself from the wage and hour settlement in the Penthouse Executive Club Litigation: *In re Penthouse Executive Club Compensation Litigation,* Master File No. 10 Civ. 1145 (KMW). Ms Christine O'Malley is a former entertainer at the Penthouse Executive Club and has retained the firm Hach Rose Schirripa & Cheverie, LLP in connection with her intention to affirmatively opt-out of the above named class action.

  Please find enclosed a fully executed Opt-Out Statement for Ms. Christine O'Malley.

  If you have any questions, please direct all correspondence to the undersigned counsel.

             Very truly yours,

             Frank R. Schirripa, Esq.

FRS/mm

cc: Steven J. Harfenist, Esq. (via email)
   Justin M. Swartz, Esq. (via email)
   Sienna Baskin, Esq. (via email)
   Lloyd Ambinder, Esq. (via mail)
   Jeffrey Brown, Esq. (via email)
   Jeffrey Kimmel, Esq. (via email)
   Gregory Rasin, Esq. (via e-mail)

# HACH ROSE SCHIRRIPA & CHEVERIE LLP

### ATTORNEYS AT LAW

September 20, 2013

**VIA FIRST CLASS MAIL**

RECEIVED BY

SEP 23 2013

SSI

PEC Claims Administrator
Post Office Box 469
Tallahassee, FL 32302-0469
(855) 300-6223

Re:    *In re Penthouse Executive Club Compensation Litigation*,
Master File No. 10 Civ. 1145 (KMW)
Opting-Out Class Members

To Whom It May Concern:

Please be advised that the following eleven individuals have elected to opt-out and exclude themselves from the settlement in the above-referenced matter -- *In re Penthouse Executive Club Litigation*. The following women were entertainers at the Penthouse Executive Club during the relevant time period and have retained the firm Hach Rose Schirripa & Cheverie, LLP in connection with their intention to affirmatively opt-out of the above named action and pursue individual claims against the Defendants:

1. Kayla Atkins;
2. Linda Coyle;
3. Colin Darrow;
4. Stephine Gavegnano;
5. Nadene Grey;
6. Sarah Ladner;
7. Leslie Liwanag;
8. Nicki Mpogiatzis;
9. Chelsea Rogers;
10. Christina Sanchez; and
11. Heather Stonehill.

In addition to any "Opt-Out Statements" that you may have received from these women individually, please find enclosed a fully executed Opt-Out Statement for each of the eleven individuals named above.

PEC Claims Administrator
September 20, 2013
Page -2

Please feel free to contact me if you have any question or concerns.

Very truly yours,

Frank R. Schirripa

FRS/jb

cc:     Steven J. Harfenist, Esq. (*via* email)
        Justin M. Swartz, Esq. (*via* email)
        Sienna Baskin, Esq. (*via* mail)
        Lloyd Ambinder, Esq. (*via* mail)
        Jeffrey Brown, Esq. (*via* mail)
        Jeffrey Kimmel, Esq. (*via* certified mail)
        Gregory Rasin, Esq. (*via* certified mail)

247-

HRSC LLP

RECEIVED BY

SEP 23 2013

Tuesday, September 16, 2013

PEC Claims Administrator
Post Office Box 469
Tallahassee, FL 32302-0469
(855) 300-6223

## OPT-OUT STATEMENT

To Whom It May Concern:

I elect to opt-out and exclude myself from the wage and hour settlement in the Penthouse Executive Club Litigation: *In re Penthouse Executive Club Compensation Litigation,* Master File No. 10 Civ. 1145 (KMW).

Name:  Colin Darrow
Stage Name(s): Mimi - Cocco
Estimated Years of Performance: November 2007 –October 2009
Address:                          REDACTED
Telephone Number:         REDACTED
Social Security Number: REDACTED

If you have any questions, please direct all correspondence to my attorneys:

HACH ROSE SCHIRRIPA & CHEVERIE, LLP
*Attorneys for Opting-Out Class Member*
185 Madison Avenue, 14th Floor
New York, New York 10016
(212) 213-8311

Dated: September 16, 2013

_____
Colin Darrow

Opt Out Statement

I Gabriel Owens aka Roxy
opt out of the Penthouse
wage and hour settlement
I worked at Penthouse
from February 06 to
the present my address

is

REDACTED

SS# REDACTED

RECEIVED BY

SEP 2 7 2013

# HACH ROSE SCHIRRIPA & CHEVERIE LLP

### ATTORNEYS AT LAW

September 20, 2013

**VIA FIRST CLASS MAIL**

RECEIVED BY

SEP 23 2013

SSI

PEC Claims Administrator
Post Office Box 469
Tallahassee, FL 32302-0469
(855) 300-6223

> Re:   *In re Penthouse Executive Club Compensation Litigation*,
> Master File No. 10 Civ. 1145 (KMW)
> Opting-Out Class Members

To Whom It May Concern:

Please be advised that the following eleven individuals have elected to opt-out and exclude themselves from the settlement in the above-referenced matter -- *In re Penthouse Executive Club Litigation.* The following women were entertainers at the Penthouse Executive Club during the relevant time period and have retained the firm Hach Rose Schirripa & Cheverie, LLP in connection with their intention to affirmatively opt-out of the above named action and pursue individual claims against the Defendants:

1. Kayla Atkins;
2. Linda Coyle;
3. Colin Darrow;
4. Stephine Gavegnano;
5. Nadene Grey;
6. Sarah Ladner;
7. Leslie Liwanag;
8. Nicki Mpogiatzis;
9. Chelsea Rogers;
10. Christina Sanchez; and
11. Heather Stonehill.

In addition to any "Opt-Out Statements" that you may have received from these women individually, please find enclosed a fully executed Opt-Out Statement for each of the eleven individuals named above.

PEC Claims Administrator
September 20, 2013
Page -2

Please feel free to contact me if you have any question or concerns.

Very truly yours,

/Frank R. Schirripa

FRS/jb

cc:     Steven J. Harfenist, Esq. (*via* email)
        Justin M. Swartz, Esq. (*via* email)
        Sienna Baskin, Esq. (*via* mail)
        Lloyd Ambinder, Esq. (*via* mail)
        Jeffrey Brown, Esq. (*via* mail)
        Jeffrey Kimmel, Esq. (*via* certified mail)
        Gregory Rasin, Esq. (*via* certified mail)

247-

HRSC LLP

RECEIVED BY

SEP 2 3 2013

SSI

Tuesday, September 12, 2013

PEC Claims Administrator
Post Office Box 469
Tallahassee, FL 32302-0469
(855) 300-6223

## OPT-OUT STATEMENT

To Whom It May Concern:

I elect to opt-out and exclude myself from the wage and hour settlement in
the Penthouse Executive Club Litigation: *In re Penthouse Executive Club
Compensation Litigation,* Master File No. 10 Civ. 1145 (KMW).

Name: Heather Stonehill
Stage Name(s): Amber
Estimated Years of Performance: 2.5     2007 - 2009
Address: REDACTED
Telephone Number: REDACTED
Social Security Number: REDACTED

If you have any questions, please direct all correspondence to my attorneys:

HACH ROSE SCHIRRIPA & CHEVERIE, LLP
*Attorneys for Opting-Out Class Member*
185 Madison Avenue, 14th Floor
New York, New York 10016
(212) 213-8311

Dated: September 16, 2013

Heather Stonehill



ISS

SEP 17 2013

RECEIVED BY

September 13, 2013

FIRST CLASS MAIL

PEC Claims Administrator
P.O. Box 469
Tallahassee, FL 32302-0469

Re: In re Penthouse Executive Club Compensation Litigation

Dear Sir or Madam:

I opt out of the Penthouse wage and hour settlement.

| | |
|---|---|
| Name: | Julie Bae |
| Stage Name: | Mina-Rae |
| Time period Worked: | 2011-12 |
| Address: | REDACTED |
| Tel No.: | REDACTED |
| SS No.: | REDACTED |

PLEASE NOTE THAT I DO NOT WANT MY NAME OR OTHER IDENTYING INFORMATION DISCLOSED IN ANY PUBLIC DOCUMENTS OR OTHERWISE DISSEMINATED. I WISH MY EMPLOYMENT, MY IDENTITY AS A PUTATIVE CLASS MEMBER, AND MY DECISION TO OPT OUT TO REMAIN **PRIVATE** FOR PERSONAL REASONS. PLEASE TO NOT CALL, TEXT, SEND CORRESPONDENCE TO, OR OTHERWISE ATTEMPT TO CONTACT ME EXCEPT THROUGH THE CONTACT INFORMATION LISTED ABOVE.

Very truly yours,

Julie Bae

# HACH ROSE SCHIRRIPA & CHEVERIE LLP

ATTORNEYS AT LAW

September 20, 2013

**VIA FIRST CLASS MAIL**

RECEIVED BY

SEP 2 3 2013

SSI

PEC Claims Administrator
Post Office Box 469
Tallahassee, FL 32302-0469
(855) 300-6223

Re:   *In re Penthouse Executive Club Compensation Litigation*,
Master File No. 10 Civ. 1145 (KMW)
Opting-Out Class Members

To Whom It May Concern:

Please be advised that the following eleven individuals have elected to opt-out and exclude themselves from the settlement in the above-referenced matter -- *In re Pehthouse Executive Club Litigation.* The following women were entertainers at the Penthouse Executive Club during the relevant time period and have retained the firm Hach Rose Schirripa & Cheverie, LLP in connection with their intention to affirmatively opt-out of the above named action and pursue individual claims against the Defendants:

1. Kayla Atkins;
2. Linda Coyle;
3. Colin Darrow;
4. Stephine Gavegnano;
5. Nadene Grey;
6. Sarah Ladner;
7. Leslie Liwanag;
8. Nicki Mpogiatzis;
9. Chelsea Rogers;
10. Christina Sanchez; and
11. Heather Stonehill.

In addition to any "Opt-Out Statements" that you may have received from these women individually, please find enclosed a fully executed Opt-Out Statement for each of the eleven individuals named above.

PEC Claims Administrator
September 20, 2013
Page -2

Please feel free to contact me if you have any question or concerns.

Very truly yours,

Frank R. Schirripa

FRS/jb

cc:    Steven J. Harfenist, Esq. (*via* email)
Justin M. Swartz, Esq. (*via* email)
Sienna Baskin, Esq. (*via* mail)
Lloyd Ambinder, Esq. (*via* mail)
Jeffrey Brown, Esq. (*via* mail)
Jeffrey Kimmel, Esq. (*via* certified mail)
Gregory Rasin, Esq. (*via* certified mail)

247-

HRSC LLP

RECEIVED BY

SEP 2 3 2013

Tuesday, September 16, 2013

PEC Claims Administrator
Post Office Box 469
Tallahassee, FL 32302-0469
(855) 300-6223

### OPT-OUT STATEMENT

To Whom It May Concern:

I elect to opt-out and exclude myself from the wage and hour settlement in
the Penthouse Executive Club Litigation: *In re Penthouse Executive Club
Compensation Litigation,* Master File No. 10 Civ. 1145 (KMW).

Name:  Kayla Atkins
Stage Name(s):  Casey
Estimated Years of Performance:  2006-2007
Address:  REDACTED
Telephone Number:  REDACTED
Social Security Number:  REDACTED

If you have any questions, please direct all correspondence to my attorneys:

HACH ROSE SCHIRRIPA & CHEVERIE, LLP
*Attorneys for Opting-Out Class Member*
185 Madison Avenue, 14th Floor
New York, New York 10016
(212) 213-8311

Dated: September 16, 2013                        _____
                                                                        Kayla Atkins

I opt out of the Penthouse wage and hour settlement

KRISTEN DUGGAN
"stage name unknown"
date of shift unknown

REDACTED

REDACTED

RECEIVED BY

SEP 26 2013

SSI

RECEIVED BY

SEP 17 2013

SSI

Tuesday, September 10, 2013

PEC Claims Administrator
Post Office Box 469
Tallahassee, FL 32302-0469
(855) 300-6223

## OPT-OUT STATEMENT

To Whom It May Concern:

I elect to opt-out and exclude myself from the wage and hour settlement in
the Penthouse Executive Club Litigation: *In re Penthouse Executive Club
Compensation Litigation,* Master File No. 10 Civ. 1145 (KMW).

Name:  Leslie Liwanag
Stage Name(s):  Leslie
Estimated Years of Performance:  2005-2009

Address: REDACTED
Telephone Number: REDACTED

Social Security Number: REDACTED

If you have any questions, please direct all correspondence to my attorneys:

**HACH ROSE SCHIRRIPA & CHEVERIE, LLP**
*Attorneys for Opting-Out Class Member*
185 Madison Avenue, 14th Floor
New York, New York 10016
(212) 213-8311

Dated: September 13, 2013

_____
Leslie Liwanag

# HACH ROSE SCHIRRIPA & CHEVERIE LLP

ATTORNEYS AT LAW

September 20, 2013

**VIA FIRST CLASS MAIL**

RECEIVED BY

SEP 2 3 2013

PEC Claims Administrator
Post Office Box 469
Tallahassee, FL 32302-0469
(855) 300-6223

SSI

Re:   *In re Penthouse Executive Club Compensation Litigation*,
        Master File No. 10 Civ. 1145 (KMW)
        Opting-Out Class Members

To Whom It May Concern:

Please be advised that the following eleven individuals have elected to opt-out and exclude themselves from the settlement in the above-referenced matter -- *In re Pehthouse Executive Club Litigation*. The following women were entertainers at the Penthouse Executive Club during the relevant time period and have retained the firm Hach Rose Schirripa & Cheverie, LLP in connection with their intention to affirmatively opt-out of the above named action and pursue individual claims against the Defendants:

1. Kayla Atkins;
2. Linda Coyle;
3. Colin Darrow;
4. Stephine Gavegnano;
5. Nadene Grey;
6. Sarah Ladner;
7. Leslie Liwanag;
8. Nicki Mpogiatzis;
9. Chelsea Rogers;
10. Christina Sanchez; and
11. Heather Stonehill.

In addition to any "Opt-Out Statements" that you may have received from these women individually, please find enclosed a fully executed Opt-Out Statement for each of the eleven individuals named above.

PEC Claims Administrator
September 20, 2013
Page -2

Please feel free to contact me if you have any question or concerns.

Very truly yours,

Frank R. Schirripa

FRS/jb

cc:    Steven J. Harfenist, Esq. (*via* email)
       Justin M. Swartz, Esq. (*via* email)
       Sienna Baskin, Esq. (*via* mail)
       Lloyd Ambinder, Esq. (*via* mail)
       Jeffrey Brown, Esq. (*via* mail)
       Jeffrey Kimmel, Esq. (*via* certified mail)
       Gregory Rasin, Esq. (*via* certified mail)

247-

HRSC LLP

RECEIVED BY

SEP 2 3 2013

SCI

Tuesday, September 10, 2013

PEC Claims Administrator
Post Office Box 469
Tallahassee, FL 32302-0469
(855) 300-6223

## OPT-OUT STATEMENT

To Whom It May Concern:

I elect to opt-out and exclude myself from the wage and hour settlement in
the Penthouse Executive Club Litigation: *In re Penthouse Executive Club
Compensation Litigation*, Master File No. 10 Civ. 1145 (KMW).

Name: Linda Coyle
Stage Name(s): BRooK
Estimated Years of Performance:  6 Uno.
Address: REDACTED
Telephone Number: REDACTED
Social Security Number: REDACTED

If you have any questions, please direct all correspondence to my attorneys:

HACH ROSE SCHIRRIPA & CHEVERIE, LLP
*Attorneys for Opting-Out Class Member*
185 Madison Avenue, 14th Floor
New York, New York 10016
(212) 213-8311

Dated: September 20, 2013

Linda Coyle

Thursday, December 26, 2013

PEC Claims Administrator
Post Office Box 469
Tallahassee, FL 32302-0469
(855) 300-6223

**RECEIVED BY**

DEC 3 1 2013

## OPT-OUT STATEMENT

**SSI**

To Whom It May Concern:

I elect to opt-out and exclude myself from the wage and hour settlement in
the Penthouse Executive Club Litigation: *In re Penthouse Executive Club
Compensation Litigation,* Master File No. 10 Civ. 1145 (KMW).

Name:  Madison Morrow
Stage Name(s): Justine
Estimated Years of Performance: 2006 to Present
Address:  REDACTED
Telephone Number:  REDACTED
Social Security Number:  REDACTED

If you have any questions, please direct all correspondence to my attorneys:

**HACH ROSE SCHIRRIPA & CHEVERIE, LLP**
*Attorneys for Opting-Out Class Member*
185 Madison Avenue, 14th Floor
New York, New York 10016
(212) 213-8311

Dated: December 26, 2013

Madison Morrow

December 26, 2013

**VIA FIRST CLASS MAIL**

PEC Claims Administrator
Post Office Box 469
Tallahassee, FL 32302-0469
(855) 300-6223

      Re:   *In re Penthouse Executive Club Compensation Litigation,*
             Master File No. 10 Civ. 1145 (KMW)
             Ms. Madison Morrow Notice of Opt-Out

To Whom It May Concern:

Please be advised of the following individual who is electing to opt-out and exclude herself from the wage and hour settlement in the Penthouse Executive Club Litigation: *In re Penthouse Executive Club Compensation Litigation*, Master File No. 10 Civ. 1145 (KMW). Ms. Madison Morrow is a current entertainer at the Penthouse Executive Club and has retained the firm Hach Rose Schirripa & Cheverie, LLP in connection with her intention to affirmatively opt-out of the above named class action. Pursuant to the Court's order on November 8, 2013, the identity of this opt-out class member is to be kept confidential and shall not be disclosed to any management personnel of the Defendants.

Please find enclosed a fully executed Opt-Out Statement for Ms. Madison Morrow.

If you have any questions, please direct all correspondence to the undersigned counsel.

                                 Very truly yours,

                                 Frank R. Schirripa, Esq.

FRS/jb

cc:    Steven J. Harfenist, Esq. (via email)
       Justin M. Swartz, Esq. (via email)
       Sienna Baskin, Esq. (via email)
       Lloyd Ambinder, Esq. (via mail)
       Jeffrey Brown, Esq. (via email)
       Jeffrey Kimmel, Esq. (via email)
       Gregory Rasin, Esq. (via e-mail

William Cafaro (WC2730
Law Offices of William Cafaro
*Attorneys for Marsha Chalmers*
108 West 39th Street, Suite 602
New York, NY 10018
(212)583-7400
bcafaro@cafaroesq.com

RECEIVED BY

SEP 27 2013

SDJ

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

File No.: 10-Civ-1145 (KMV)

In re Penthouse Executive Club Compensation Litigation

**NOTICE OF OPT-OUT
OF CLASS ACTION**

   I, Marsha Chalmers, opt out of the Penthouse wage and hour settlement. My stage name was Sonia. I worked at the club for the time frame between 2004 and 2011. My address is REDACTED My social security number is REDACTED My telephone number is REDACTED but if you have to contact me, it is my request that you contact my new attorneys, the Law Offices of William Cafaro, at the address and telephone indicated above.

   I consent that I will be deemed to have received any notice which you send to my new attorneys with the same force and effect as if you sent it directly to me. It is my intention to opt out of the Rule 23 Class and the settlement, and to withdraw my consent to proceed as an opt-in plaintiff in the FLSA collective pursuant to 29 U.S.C. § 216(b).

Dated: 8/10/13

Marsha Chalmers



# LAW OFFICES OF
# WILLIAM CAFARO

www.cafaroverdicts.com

*William Cafaro, Esq.*
ADMITTED IN NY, CA, MD & TX

108 West 39th Street, Suite 602
New York, New York 10018
Telephone: 212.583.7400
Facsimile: 212.583-7401
Email: bcafaro@cafaroesq.com

RECEIVED BY

SEP 27 2013

SSI

September 24, 2013

*Via First Class Mail*
PEC Claims Administrator
Post Office Box 469
Tallahassee, FL 32302-0469

In re Penthouse Executive Club Compensation Litigation
File No.: 10-CIV-1145

To whom it may concern:

Enclosed please find the opt-out notice for our client, Marsha Chalmers, in the above referenced matter. Request is respectfully made that further communication regarding Ms. Chalmers claim be made through this office.

If you have any questions with please call our offices.

Very truly yours,
Law Offices of William Cafaro

Amit Kumar
Associate

Enclosure

# HACH ROSE SCHIRRIPA & CHEVERIE LLP

ATTORNEYS AT LAW

September 20, 2013

**VIA FIRST CLASS MAIL**

RECEIVED BY

SEP 2 3 2013

SSI

PEC Claims Administrator
Post Office Box 469
Tallahassee, FL 32302-0469
(855) 300-6223

      Re:    *In re Penthouse Executive Club Compensation Litigation*,
            Master File No. 10 Civ. 1145 (KMW)
            Opting-Out Class Members

To Whom It May Concern:

Please be advised that the following eleven individuals have elected to opt-out and exclude themselves from the settlement in the above-referenced matter -- *In re Pehthouse Executive Club Litigation*. The following women were entertainers at the Penthouse Executive Club during the relevant time period and have retained the firm Hach Rose Schirripa & Cheverie, LLP in connection with their intention to affirmatively opt-out of the above named action and pursue individual claims against the Defendants:

1. Kayla Atkins;
2. Linda Coyle;
3. Colin Darrow;
4. Stephine Gavegnano;
5. Nadene Grey;
6. Sarah Ladner;
7. Leslie Liwanag;
8. Nicki Mpogiatzis;
9. Chelsea Rogers;
10. Christina Sanchez; and
11. Heather Stonehill.

In addition to any "Opt-Out Statements" that you may have received from these women individually, please find enclosed a fully executed Opt-Out Statement for each of the eleven individuals named above.

PEC Claims Administrator
September 20, 2013
Page -2

Please feel free to contact me if you have any question or concerns.

Very truly yours,

Frank R. Schirripa

FRS/jb

cc:     Steven J. Harfenist, Esq. (*via* email)
        Justin M. Swartz, Esq. (*via* email)
        Sienna Baskin, Esq. (*via* mail)
        Lloyd Ambinder, Esq. (*via* mail)
        Jeffrey Brown, Esq. (*via* mail)
        Jeffrey Kimmel, Esq. (*via* certified mail)
        Gregory Rasin, Esq. (*via* certified mail)

247-

Tuesday, September 10, 2013

F&C Claims Administrator
Post Office Box 465
Tallahassee, FL 32302-0465
(855) 240-8221

## OPT-OUT STATEMENT

To Whom It May Concern:

I elect to opt-out and exclude myself from the wage and hour settlement in the Penthouse Executive Club Litigation, from Penthouse Executive Club Compensation Litigation, Master File No. 10 Civ. 1145 (KMW).

Name: Natova Grce

Stage Name(s): _____

Estimated Years of Employment: _____

Address: 25 REDACTED

Telephone Number: REDACTED

Social Security Number: REDACTED

If you have any questions, please direct all correspondence to my attorneys.

HACH ROSE SCHIRRIPA & CHEVERIE, LLP
Attorneys for Opt-in Out Class Member
185 Madison Avenue, 14th Floor
New York, New York 10016
(212) 213-8311

Dated: September 10, 2013

Natova Grce

"Opt-out Statement"

To whom it mey consern. I opt-out of the Penthouse Wage and hoer settlement.

My name Nataliya Braynina, club name "cat" and work at the Penthouse club since 1996

My address: REDACTED

tel.: REDACTED

I don't wish to be Class Member, or be any part in this lawsuit, so I requesting to exclude myself.

Nataliya Braynina

RECEIVED BY

AUG 0 5 2013

SSI

# HACH ROSE SCHIRRIPA & CHEVERIE LLP

### ATTORNEYS AT LAW

September 20, 2013

**VIA FIRST CLASS MAIL**

RECEIVED BY

SEP 2 3 2013

SSI

PEC Claims Administrator
Post Office Box 469
Tallahassee, FL 32302-0469
(855) 300-6223

Re:   *In re Penthouse Executive Club Compensation Litigation,*
       Master File No. 10 Civ. 1145 (KMW)
       Opting-Out Class Members

To Whom It May Concern:

Please be advised that the following eleven individuals have elected to opt-out and exclude themselves from the settlement in the above-referenced matter -- *In re Pehthouse Executive Club Litigation.* The following women were entertainers at the Penthouse Executive Club during the relevant time period and have retained the firm Hach Rose Schirripa & Cheverie, LLP in connection with their intention to affirmatively opt-out of the above named action and pursue individual claims against the Defendants:

1. Kayla Atkins;
2. Linda Coyle;
3. Colin Darrow;
4. Stephine Gavegnano;
5. Nadene Grey;
6. Sarah Ladner;
7. Leslie Liwanag;
8. Nicki Mpogiatzis;
9. Chelsea Rogers;
10. Christina Sanchez; and
11. Heather Stonehill.

In addition to any "Opt-Out Statements" that you may have received from these women individually, please find enclosed a fully executed Opt-Out Statement for each of the eleven individuals named above.

185 MADISON AVENUE, • 14TH FLOOR • NEW YORK, N.Y. 10016
TELEPHONE 212.213.8311 • FACSIMILE 212.779.0028 • WWW.HRSCLAW.COM

PEC Claims Administrator
September 20, 2013
Page -2

Please feel free to contact me if you have any question or concerns.

Very truly yours,

/Frank R. Schirripa

FRS/jb

cc:    Steven J. Harfenist, Esq. (*via* email)
Justin M. Swartz, Esq. (*via* email)
Sienna Baskin, Esq. (*via* mail)
Lloyd Ambinder, Esq. (*via* mail)
Jeffrey Brown, Esq. (*via* mail)
Jeffrey Kimmel, Esq. (*via* certified mail)
Gregory Rasin, Esq. (*via* certified mail)

247-

HRSC LLP

RECEIVED BY

SEP 23 2013

SSI

Friday, September 13, 2013

PEC Claims Administrator
Post Office Box 469
Tallahassee, FL 32302-0469
(855) 300-6223 ·

### OPT-OUT STATEMENT

To Whom It May Concern:

I elect to opt-out and exclude myself from the wage and hour settlement in the Penthouse Executive Club Litigation: *In re Penthouse Executive Club Compensation Litigation,* Master File No. 10 Civ. 1145 (KMW).

Name: Nicki Mpogiatzis
Stage Name(s): Fallon
Estimated Years of Performance: Oct 2003 – May 2008
Address: REDACTED
Telephone Number: REDACTED
Social Security Number: REDACTED

If you have any questions, please direct all correspondence to my attorneys:

HACH ROSE SCHIRRIPA & CHEVERIE, LLP
*Attorneys for Opting-Out Class Member*
185 Madison Avenue, 14th Floor
New York, New York 10016
(212) 213-8311

Dated: September 13, 2013

Nicki Mpogiatzis

8/4/13

To: The Claims Administrator
Re: Penthouse Executive Club Compensation
    Litigation, Master File Number 10 CIV 1145

To Whom It May Concern:

I, Rebecca Beaudoin, opt out of the Penthouse Wage and hour settlement. I worked at the club for one night during July, 2011 and used the stage name "Ryan." My telephone number is REDACTED My social security number is REDACTED My address is REDACTED REDACTED however, I would not like to be contacted via mail — and preferably, at all — concerning this matter. Thank you.

Sincerely,

Rebecca Beaudoin
Rebecca Beaudoin

RECEIVED BY

AUG 0 7 2013

8/4/13  SSI

# HACH ROSE SCHIRRIPA & CHEVERIE LLP

ATTORNEYS AT LAW

September 20, 2013

**VIA FIRST CLASS MAIL**

RECEIVED BY

SEP 2 3 2013

SSI

PEC Claims Administrator
Post Office Box 469
Tallahassee, FL 32302-0469
(855) 300-6223

      Re:    *In re Penthouse Executive Club Compensation Litigation*,
               Master File No. 10 Civ. 1145 (KMW)
               Opting-Out Class Members

To Whom It May Concern:

Please be advised that the following eleven individuals have elected to opt-out and exclude themselves from the settlement in the above-referenced matter -- *In re Pehthouse Executive Club Litigation.* The following women were entertainers at the Penthouse Executive Club during the relevant time period and have retained the firm Hach Rose Schirripa & Cheverie, LLP in connection with their intention to affirmatively opt-out of the above named action and pursue individual claims against the Defendants:

1. Kayla Atkins;
2. Linda Coyle;
3. Colin Darrow;
4. Stephine Gavegnano;
5. Nadene Grey;
6. Sarah Ladner;
7. Leslie Liwanag;
8. Nicki Mpogiatzis;
9. Chelsea Rogers;
10. Christina Sanchez; and
11. Heather Stonehill.

In addition to any "Opt-Out Statements" that you may have received from these women individually, please find enclosed a fully executed Opt-Out Statement for each of the eleven individuals named above.

PEC Claims Administrator
September 20, 2013
Page -2

Please feel free to contact me if you have any question or concerns.

Very truly yours,

/Frank R. Schirripa

FRS/jb

cc:    Steven J. Harfenist, Esq. (*via* email)
Justin M. Swartz, Esq. (*via* email)
Sienna Baskin, Esq. (*via* mail)
Lloyd Ambinder, Esq. (*via* mail)
Jeffrey Brown, Esq. (*via* mail)
Jeffrey Kimmel, Esq. (*via* certified mail)
Gregory Rasin, Esq. (*via* certified mail)

247-

HRSC LLP

RECEIVED BY

SEP 2 3 2013

Wednesday, September 11, 2013

PEC Claims Administrator
Post Office Box 469
Tallahassee, FL 32302-0469
(855) 300-6223

## OPT-OUT STATEMENT

To Whom It May Concern:

I elect to opt-out and exclude myself from the wage and hour settlement in the Penthouse Executive Club Litigation: *In re Penthouse Executive Club Compensation Litigation,* Master File No. 10 Civ. 1145 (KMW).

Name: Sarah Ladner
Stage Name(s): Joey
Estimated Years of Performance: 2004 to 2006: 2010
Address: REDACTED
Telephone Number: REDACTED
Social Security Number: REDACTED

If you have any questions, please direct all correspondence to my attorneys:

**HACH ROSE SCHIRRIPA & CHEVERIE, LLP**
*Attorneys for Opting-Out Class Member*
185 Madison Avenue, 14th Floor
New York, New York 10016
(212) 213-8311

Dated: September 18, 2013

X _____
Sarah Ladner

Tuesday, September 10, 2013

PEC Claims Administrator
Post Office Box 469
Tallahassee, FL 32302-0469
(855) 300-6223

**RECEIVED BY**

SEP **1 9** 2013

**OPT-OUT STATEMENT**

**SSI**

To Whom It May Concern:

I elect to opt-out and exclude myself from the wage and hour settlement in
the Penthouse Executive Club Litigation: *In re Penthouse Executive Club
Compensation Litigation,* Master File No. 10 Civ. 1145 (KMW).

Name: Stephine Gavegnano
Stage Name(s): Sophie (Sophia) Miranda, Brianna
Estimated Years of Performance:
Address: REDACTED
Telephone Number REDACTED REDACTED
Social Security Number:

If you have any questions, please direct all correspondence to my attorneys:

**HACH ROSE SCHIRRIPA & CHEVERIE, LLP**
*Attorneys for Opting-Out Class Member*
185 Madison Avenue, 14th Floor
New York, New York 10016
(212) 213-8311

Dated: September 14, 2013

Stephine Gavegnano