**OUTTEN & GOLDEN** LLP

*Advocates for Workplace Fairness*

February 13, 2014

**By ECF and Fax to (212) 805-7900**
The Honorable Kimba M. Wood
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

    Re:    In re Penthouse Executive Club Compensation Litigation,
              Master File No. 10 Civ. 1145

Dear Judge Wood:

    We represent Plaintiffs in the above-referenced matter. We write concerning class member Chakita Greggs. Ms. Greggs filed an opt-out form on November 5, 2013 with the Claims Administrator and would now like to rescind it. We respectfully request the Court to allow Ms. Greggs to rescind her opt-out form and file a claim to join the class settlement. Defendants consent to this request.

                                       Respectfully submitted,

                                       Justin M. Swartz

Enclosures
cc:    All Counsel (by email without enclosures)